# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHNNY LEE FOSTER                                                                          PLAINTIFF

VS.                                         4:17-CV-00200-BRW-BD

COMMISSIONER,
Social Security Administration                                                             DEFENDANT

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 14) submitted by United States Magistrate Judge Beth Deere and the filed objections. After carefully considering these documents and making a de novo review of the record in this case, I approve and adopt the Recommended Disposition in its entirety.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Johnny Lee Foster's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED, this 30th day of March, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE