# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHNNY LEE FOSTER                                                                    PLAINTIFF

VS.                                      4:17-CV-00200-BRW-BD

COMMISSIONER,
Social Security Administration                                                      DEFENDANT

## JUDGMENT

Based on the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED, this 30th day of March, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE